DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LENS TOUSSAINT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3711

_____

May 10, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Lon Arend, Judge.

PER CURIAM.

     Affirmed.

KELLY, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.